| AO 10
Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2012 | Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otazo-Reyes, Alicia M. | U.S. District Court, Southern District of Florida | 06/04/2013 |

| 4. Title (Article III judges indicate active or senior status;
magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full time | ☐ Nomination  Date
☐ Initial  ☑ Annual  ☐ Final
5b. ☑ Amended Report | 01/01/2012
to
12/31/2012 |

**7. Chambers or Office Address**

301 N. Miami Avenue, 10th Floor
Miami, Florida 33128

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Registered Agent (Replaced effective 5/9/2012) | Select Housing, LLC |
| 2. | Secretary (Resigned effective 3/1/2012 before assuming Mag. Judge position) | Alumni Association of the Apostolate of Cuba (in Exile) Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Former law firm Legon Ponce & Fodiman P.A. 401(K) Profit Sharing Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 06/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Legon, Ponce & Fodiman, P.A. - salary | $36,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Co-signer on Revolving Credit Line - Paid off in October, 2012 | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | M | T | | | | | |
| 2. Ing Direct Account | B | Interest | M | T | | | | | |
| 3. Merrill Lynch IRA | D | Int./Div. | N | T | | | | | |
| 4. - Allianz NFJ Int'l MF | | | | | | | | | |
| 5. - American Fundamental MF | | | | | | | | | |
| 6. - Intech Risk Managed MF | | | | | | | | | |
| 7. - Loomis Sayles Investment MF | | | | | | | | | |
| 8. - Loomis Sayles Strategic MF | | | | | | | | | |
| 9. - American Century MF | | | | | Buy (add'l) | 03/23/12 | J | | |
| 10. | | | | | Sold (part) | 6/6/12 | J | A | |
| 11. | | | | | Buy (add'l) | 10/09/12 | J | | |
| 12. - Dreyfus Appreciation FD MF | | | | | Sold (part) | 3/23/12 | J | A | |
| 13. - Eaton Vance Floating MF | | | | | Sold | 6/6/12 | J | | |
| 14. - Federated Strategic MF | | | | | Sold (part) | 3/23/12 | J | A | |
| 15. | | | | | Buy (add'l) | 10/09/12 | J | | |
| 16. - Ivy Asset Strategy MF | | | | | | | | | |
| 17. - Mainstay Large Cap MF | | | | | Buy (add'l) | 3/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 6/6/12 | J | | |
| 19. | | | | | Sold (part) | 10/09/12 | J | A | |
| 20. - Permanent Portfolio Fund MF | | | | | Buy | 3/23/12 | J | | |
| 21. - PIMCO Long Term U.S. MF | | | | | Buy | 3/23/12 | K | | |
| 22. | | | | | Sold (part) | 6/6/12 | J | B | |
| 23. | | | | | Sold | 8/17/12 | J | A | |
| 24. - Pioneer Strategic MF | | | | | Buy (add'l) | 3/23/12 | J | | |
| 25. | | | | | Buy (add'l) | 6/6/12 | J | | |
| 26. - Prudential Jennison MF | | | | | Sold (part) | 3/23/12 | J | B | |
| 27. | | | | | Sold | 10/09/12 | J | B | |
| 28. - Prudential Short Term MF | | | | | | | | | |
| 29. - The Oakmark Select Fund MF | | | | | Buy | 03/23/12 | J | | |
| 30. | | | | | Buy (add'l) | 10/09/12 | J | | |
| 31. - Wellsfargo Adv Small Cap MF | | | | | | | | | |
| 32. - TCW Total Return MF | | | | | Buy | 06/06/12 | K | | |
| 33. | | | | | Buy (add'l) | 08/17/12 | J | | |
| 34. | | | | | Buy (add'l) | 10/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - First Eagle Gold Fund MF | | | | | Sold | 3/23/12 | J | | |
| 36.  - PIMCO Total Return Fund MF | | | | | Sold | 3/23/12 | K | A | |
| 37.  - Templeton Global Bond Fund MF | | | | | Sold | 3/23/12 | J | | |
| 38.  John Hancock 401K | None | | M | T | | | | | |
| 39.  - John Hancock Stable Val. MF | | | | | | | | | |
| 40.  - PIMCO Total Return MF | | | | | | | | | |
| 41.  - T. Rowe Price Spectrum Inc. MF | | | | | | | | | |
| 42.  - American Balanced Fund MF | | | | | | | | | |
| 43.  - Washington Mutual Investors MF | | | | | | | | | |
| 44.  - Davis New York Venture MF | | | | | | | | | |
| 45.  - The Growth Fund of America MF | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 06/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts
Line 38 - John Hancock 401K
Column B - Income During Reporting Period and
Column: D - Transactions During Reporting Period
This information is not tracked by the Plan.

Part VII - Investments and Trusts
Line 35 - First Eagle Gold Fund MF
Line 36 - PIMCO Total Return Fund MF
Line 37 - Templeton Global Bond Fund MF
These assets were inadvertently omitted from the Initial Report because they were sold on 3/23/12 as shown on Column D; and the sale date was prior to the end of the reporting period for the Initial Report which did not require reporting of transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia M. Otazo-Reyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544